UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERIKA LUCEUS

    v.                                                                                    CA NO. 15-489 ML

STATE OF RHODE ISLAND, et al.

## ORDER

This matter is before the Court on Defendants' Objection to a Report and Recommendation issued by Magistrate Judge Almond on December 13, 2016 (Docket #41). This Court has reviewed the Objection, the Report and Recommendation, the July 26, 2016 Order issued by Magistrate Judge Almond, and the Amended Complaint.  Having done so, this Court is of the opinion that the conclusions and recommendations of the Magistrate Judge as set forth in the Report and Recommendation are well supported by the record.

Accordingly, the Court adopts the Report and Recommendation in its entirety.  The Motion for Judgment on the Pleadings is GRANTED with respect to Plaintiff's claims under 42 U.S.C. § 1983, FEPA (R.I. Gen. Laws § 28-5-1 *et seq*) and RICRA (R.I. Gen. Laws § 42-112-1). Those claims are hereby DISMISSED without prejudice.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
January 23, 2017